UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:
NOE RAMIRO MACIAS             CASE NUMBER: 12-11876
Debtor            CHAPTER 13

MODIFICATION OF PLAN AFTER CONFIRMATION
PURSUANT TO 11 USC§ 1329(a)

The Plan confirmed on August 8, 2012, is hereby modified as follows:

1. Pursuant to 11 U. S. C. §1329 (a), the Trustee can move for modification to increase the amount of payments of a particular class provided for by the Plan.

2. The Debtor's current Plan payment is $1,481.00 per month. The case has become underfunded.

3. To properly fund the Plan as confirmed, the Plan payment must be increased to $2,134.00 for the remaining term of the Plan.

4. Trustee's modification would increase the Debtor's Plan payment to $2,134.00 beginning June 2015 for the remainder of the Plan term to properly fund the Plan.

5. All other terms and conditions of the confirmed Plan remain the same.

Dated: May 5, 2015

Respectfully Submitted,
/s/ Debra L. Miller, Trustee
Debra L. Miller, Chapter 13 Trustee
Katherine E. Iskin FBN 73023,
Staff Attorney for Debra L. Miller
Jon R. Rogers, (27701-49),
Staff Attorney for Debra. L. Miller
PO Box 11550
South Bend, IN 46634
(574) 251-1493